UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. 15-1713     Caption: William Smith v. Department of Labor

Pursuant to FRAP 26.1 and Local Rule 26.1,

William Smith
(name of party/amicus)


 who is   Appellant  , makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)


1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☐ YES ☑ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: /s/ Adam Augustine Carter　　　　　　Date: 7/9/2015

Counsel for: Appellant William Smith

## CERTIFICATE OF SERVICE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I certify that on _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_____　　　　　　　　　　_____
(signature)　　　　　　　　　　　　　　　　　　(date)

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system, this 8th day of July, 2015, and via first class mail upon:

| | |
|---|---|
| Molly L. McIntosh, Esq.<br>molly.mcintosh<br>@troutmansanders.com<br>Kiran Mehta, Esq.<br>kiran.mehta<br>@troutmansanders.com<br>Troutman Sanders LLP<br>301 South College St., Ste. 3400<br>Charlotte, NC  28202<br>(704) 998-4074 (telephone)<br>(704) 998-4051 (facsimile)<br>*Counsel for Duke Energy Carolina, LLC* | Ann Capps Webb, Esq.<br>U.S. Department of Labor<br>Office of the Solicitor<br>200 Constitution Ave., NW<br>Rm. N-2716<br>Washington DC 20210<br>Webb.ann.c@dol.gov<br>(202) 693-5797<br>*Counsel for Department of Labor and Thomas E. Perez* |
| Lewis M. Csedrik, Esq.<br>lcsedrik@morganlewis.com<br>Jane T. Accomando, Esq.<br>JAccomando@morganlewis.com<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Ave., NW<br>Washington, D.C. 20004<br>(202) 739-5537 (telephone)<br>(202) 739-3001 (facsimile)<br>*Counsel for Atlantic Group, d/b/a DZ Atlantic* | Administrative Review Board<br>Room S-5220<br>200 Constitution Avenue, N.W.<br>Washington, D.C. 20210<br><br>Chief Administrative Law Judge<br>U.S. Department of Labor<br>Office of Administrative Law Judges<br>800 K Street, NW<br>Suite 400-North<br>Washington, DC 20001-8001<br><br>Assistant Secretary<br>Occupational Safety and Health Administration<br>Administration - Room: S2315<br>200 Constitution Avenue<br>Washington, D.C. 20210 |

/s/ Adam Augustine Carter _____
Adam Augustine Carter