FILED: August 4, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1713

(2009-ERA-007)

(14-027)

_____

WILLIAM SMITH

        Petitioner

v.

DEPARTMENT OF LABOR; THOMAS E. PEREZ, Secretary; DUKE ENERGY CAROLINAS, LLC; ATLANTIC GROUP, INC, d/b/a DZ Atlantic

        Respondents

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing the certified list of the documents of record to 09/09/2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk