# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## No. 15-1713

**WILLIAM SMITH,**
                                **Appellant,**

v.

**DEPARTMENT OF LABOR,** *et al.*,
                                **Appellees.**

## JOINT MOTION TO FILE DEFERRED JOINT APPENDIX

    Pursuant to Federal Rule of Appellate Procedure 30(c) Appellant William Smith, jointly with the Appellees, Department of Labor, Duke Energy Carolinas, LLC, and Atlantic Group, Inc. (d/b/a DZ Atlantic) (collectively the "Parties") respectfully move to file a deferred Joint Appendix. In support of this Motion, the Parties state:

    1.    On September 4, 2015, the Department of Labor, pursuant to Federal Rule of Appellate Procedure 17(b)(1)(B) filed the Certified List of the Record.

    2.    On September 17, 2015, pursuant to Federal Rule of Appellate Procedure 30(b)(1), William Smith identified to all parties the sections of the record he intended to include in the Joint Appendix.

    3.    On September 23, 2015, the Parties agreed that it would be beneficial to finalize the Parties' briefs prior to creating the Joint Appendix

in order to include in the Joint Appendix only the documents which are necessary, and not to omit any important documents accidentally.

WHEREFORE, the Parties respectfully request to file a deferred Joint Appendix, 21 days after the Appellees briefs are due, pursuant to Federal Rule of Appellate Procedure 30(c).

Respectfully submitted,


| | |
|---|---|
| /s/ Adam Augustine Carter | /s/ Molly L. McIntosh |
| R. Scott Oswald | Molly L. McIntosh, Esq. |
| Adam Augustine Carter | molly.mcintosh@troutmansanders.com |
| The Employment Law Group, P.C. | Kiran Mehta, Esq. |
| 888 17th Street, NW, 9th Floor | kiran.mehta@troutmansanders.com |
| Washington, D.C. 20006 | Troutman Sanders LLP |
| (202) 261-2803 | 301 South College St., Ste. 3400 |
| (202) 261-2835(facsimile) | Charlotte, NC  28202 |
| soswald@employmentlawgroup.com | (704) 998-4074 (telephone) |
| acarter@employmentlawgroup.com | (704) 998-4051 (facsimile) |
| | *Counsel for Duke Energy Carolinas, LLC* |

Jason Zuckerman
Zuckerman Law
1629 K Street, NW
Suite 300
Washington, DC 20006
jzuckerman@zuckermanlaw.com
*Counsel for William Smith*

/s/ Lewis M. Cedrik_____
Lewis M. Csedrik, Esq.
lcsedrik@morganlewis.com
Jane T. Accomando, Esq.
JAccomando@morganlewis.com
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
(202) 739-5537 (telephone)
(202) 739-3001 (facsimile)
*Counsel for Atlantic Group, Inc.
d/b/a DZ Atlantic*

/s/ Ann Capps Webb _____
Ann Capps Webb, Esq.
U.S. Department of Labor
Office of the Solicitor
200 Constitution Ave., NW
Rm. N-2716
Washington DC 20210
Webb.ann.c@dol.gov
(202) 693-5797
*Counsel for Department of Labor
and Thomas E. Perez*

Dated: October 1, 2015

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served this 1st day of October, 2015, via the Court's electronic filing system and via first class mail upon:

Molly L. McIntosh, Esq.
molly.mcintosh
@troutmansanders.com
Kiran Mehta, Esq.
kiran.mehta
@troutmansanders.com
Troutman Sanders LLP
301 South College St., Ste. 3400
Charlotte, NC  28202
(704) 998-4074 (telephone)
(704) 998-4051 (facsimile)
*Counsel for Duke Energy Carolinas, LLC*

Lewis M. Csedrik, Esq.
lcsedrik@morganlewis.com
Jane T. Accomando, Esq.
JAccomando@morganlewis.com
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
(202) 739-5537 (telephone)
(202) 739-3001 (facsimile)
*Counsel for Atlantic Group, Inc. d/b/a DZ Atlantic*

Ann Capps Webb, Esq.
U.S. Department of Labor
Office of the Solicitor
200 Constitution Ave., NW
Rm. N-2716
Washington DC 20210
Webb.ann.c@dol.gov
(202) 693-5797
*Counsel for Department of Labor and Thomas E. Perez*

Administrative Review Board
Room S-5220
200 Constitution Avenue, N.W.
Washington, D.C. 20210

Chief Administrative Law Judge
U.S. Department of Labor
Office of Administrative Law Judges
800 K Street, NW
Suite 400-North
Washington, DC 20001-8001

Assistant Secretary
Occupational Safety and Health Administration
Administration - Room: S2315
200 Constitution Avenue
Washington, D.C. 20210

/s/ Adam Augustine Carter
Adam Augustine Carter